1  Daniel B Chammas (SBN 204825)
   *dchammas@fordharrison.com*
2  Min K. Kim (SBN 305884)
   *mkim@fordharrison.com*
3  FORD & HARRISON LLP
   350 South Grand Avenue, Suite 2300
4  Los Angeles, CA 90071
   Telephone: (213) 237-2400
5  Facsimile: (213) 237-2401

6  Attorneys for Defendant,
   GLOBAL CONNECTIONS TO
7  EMPLOYMENT, INC.

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH MONTAGUE, an              | CASE NO. 3:22-cv-00342-MMA-NLS
   | individual, MICHAEL DUPONT, an   | Assigned to Judge Michael M. Anello
12 | individual, CURTIS MOORE, an     |
   | individual, CHARISSEE            |
13 | TABOTABO, an individual,         |
   | RENAE HILLOCK, an individual,    | **JOINT STIPULATION FOR AN**
14 | UNINI ODAIBO, an individual,     | **ORDER VACATING OR**
   | MICHAEL LATHE, an individual,    | **CONTINUING EARLY NEUTRAL**
15 | BRENT MILLER, an individual,     | **EVALUATION CONFERENCE**
   | GIANCARLO VELLEJO, an            |
16 | individual, and BENJAMIN         |
   | TACDERAS, an individual,         |
17 |                                  |
   |            Plaintiff,            |
18 |                                  |
   |        v.                        |
19 |                                  |
   | GLOBAL CONNECTIONS TO            |
20 | EMPLOYMENT, INC., a Florida      |
   | corporation, and DOES 1-50,      |
21 | inclusive,                       | Complaint Filed: February 3, 2022
   |                                  | Removal Filed:   March 14, 2022
22 |            Defendant.            |

23

24

25

26

27

28

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**JOINT STIPULATION TO VACATE OR CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

Plaintiffs JOSEPH MONTAGUE, MICHAEL DUPONT, CURTIS MOORE, CHARISSEE TABOTABO, RENAE HILLOCK, UNINI ODAIBO, MICHAEL LATHE, BRENT MILLER, GIANCARLO VELLEJO, and BENJAMIN TACDERAS (collectively, "Plaintiffs"), on the one hand, and Defendant GLOBAL CONNECTIONS TO EMPLOYMENT, INC. ("Defendant") (with Plaintiffs, the "Parties"), on the other, by and through their respective counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on February 3, 2022, Plaintiffs filed a Complaint in San Diego Superior Court;

**WHEREAS**, on March 11, 2022, Defendant filed its Answer;

**WHEREAS**, on March 14, 2022, Defendant removed this action to United States District Court, Southern District of California, pursuant to 28 U.S.C. §§ 1332, 1141, and 1446;

**WHEREAS**, on or about March 23, 2022, the Parties have agreed to attempt to resolve the case through mediation with Steve Pearl, Esq. and reserved a mediation date of May 17, 2022;

**WHEREAS**, on March 29, 2022, the Court set an Early Neutral Evaluation Conference for April 27, 2022 before Magistrate Judge Nita L. Stormes;

**WHEREAS**, good cause exists for this Stipulation (1) as no party will be prejudiced by vacating or continuing the Early Neutral Evaluation Conference; and (2) as it will avoid wasting judicial resources and will preserve judicial time and economy.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**, through their respective counsel of record, that the Early Neutral Evaluation Conference set for April 27, 2022 be vacated or, in the alternative, continued to a date three weeks after the Parties' mediation with Steve Pearl, Esq.

**IT IS SO STIPULATED.**

2

Respectfully submitted,

Dated:   April 12, 2022            SW EMPLOYMENT LAW GROUP, APC


By:   /s/ Jacob N. Whitehead
    Jacob N. Whitehead, Esq.
    Meghan N. Higday, Esq.
    Attorneys for Plaintiffs,
    JOSEPH MONTAGUE, MICHAEL
    DUPONT, CURTIS MOORE, CHARISSEE
    TABOTABO, RENAE HILLOCK, UNINI
    ODAIBO, MICHAEL LATHE, BRENT
    MILLER, GIANCARLO VELLEJO, and
    BENJAMIN TACDERAS


Dated:   April 12, 2022            FORD & HARRISON LLP


By:   /s/ Min K. Kim
    Daniel B Chammas
    Min K. Kim
    Attorneys for Defendant,
    GLOBAL CONNECTIONS TO
    EMPLOYMENT, INC.

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

**JOINT STIPULATION FOR AN ORDER VACATING OR CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE**

**<u>Certification of Compliance</u>**

I hereby certify that pursuant to USDC Southern District of California's Electronic Case Filing Administrative Policies and Procedures Section 2f, I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2022 at Los Angeles, California.


Dated:   April 12, 2022

By: ___/s/ Min K. Kim_____
      Min K. Kim
      Attorneys for Defendant,
      GLOBAL CONNECTIONS TO
      EMPLOYMENT, INC.

      E-mail: mkim@fordharrison.com

FORD & HARRISON
LLP
ATTORNEYS AT LAW
LOS ANGELES

1

**JOINT STIPULATION TO VACATE OR CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**

## PROOF OF SERVICE

I, Lillian Marquez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 350 South Grand Avenue, Suite 2300, Los Angeles, California 90071.

On **April 12, 2022**, I served a copy of the following document(s) described below on the interested parties in this action, as follows:

**JOINT STIPULATION FOR AN ORDER VACATING OR CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE**

| | |
|---|---|
| Jacob N. Whitehead, Esq.<br>Meghan N. Higday, Esq.<br>SW EMPLOYMENT LAW GROUP, APC<br>7700 Irvine Center Drive, Suite 930<br>Irvine, CA 92618<br>Tel.: (949) 674-4922<br>Email: reception@jnwpc.com<br>          mhigday@swemploymentlaw.com | Attorneys for Plaintiffs,<br>JOSEPH MONTAGUE;<br>MICHAEL DUPONT; CURTIS<br>MOORE; CHARISSEE<br>TABOTABO; RENAE<br>HILLOCK; UNINI ODAIBO;<br>MICHAEL LATHE; BRENT<br>MILLER; GIANCARLO<br>VELLEJO; and BENJAMIN<br>TACDERAS |

☐ **BY U.S. MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth above. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I electronically served the documents on the date shown below to the e-mail addresses of the person listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

☒ **ELECTRONICALLY:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System.

Executed on **April 12, 2022**, at Los Angeles, California.

_____
Lillian Marquez