UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MONTAGUE; MICHAEL DUPONT; CURTIS MOORE; CHARISSEE TABOTABO; RENAE HILLOCK; UNINI ODAIBO; MICHAEL LATHE; BRENT MILLER; GIANCARLO VELLEJO; and BENJAMIN TACDERAS,<br><br>                                Plaintiffs,<br><br>v.<br><br>GLOBAL CONNECTIONS TO EMPLOYMENT, INC; and DOES 1-50, inclusive,<br><br>                                Defendants. | Case No.: 22cv342-MMA (NLS)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO VACATE EARLY NEUTRAL EVALUATION CONFERENCE;**<br><br>**(2) SETTING RULE 26 COMPLIANCE; and**<br><br>**(3) NOTICE OF CASE MANAGEMENT CONFERENCE VIA VIDEOCONFERENCE**<br><br>**[ECF Nos. 6, 8]** |

Before the Court is the parties' joint motion to vacate or continue the Early Neutral Evaluation Conference ("ENE"), currently set for April 27, 2022. ECF Nos. 6, 8. The parties state that they have scheduled a private mediation for May 17, 2022, and request that the ENE either be vacated or reset until after that date. *Id.*

Good cause appearing, the Court **GRANTS** the motion. The ENE is hereby **VACATED**. The parties are **ORDERED** to notify the Court by **May 20, 2022** if the

case has settled through private mediation.  The Court **SETS** the following Case Management deadlines:

     1.    Counsel must appear **via videoconference** on **June 15, 2022** at **10:00 a.m.** before Magistrate Judge Stormes for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).  By **June 8, 2022**, parties/counsel must email the Court at efile_stormes@casd.uscourts.gov to identify the name and title of everyone who will be attending the conference, an e-mail address for each participant to receive the Zoom invitation, and a telephone number where each participant may be reached in the event of technical issues.

     2.    The Rule 26(f) conference must be completed by **6/1/2022**.

     3.    The parties must lodge a Joint Discovery Plan with Judge Stormes by **6/8/2022**.  The Joint Discovery Plan must address all points in the attached "Model Rule 26(f) Report and Joint Case Management Statement."

     4.    Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **6/8/2022**.

Plaintiff's(s') counsel must serve a copy of this order on all parties that enter the case from this point forward.  Each responsible attorney of record and all parties representing themselves must participate in the conference.  Represented parties need not participate.

**IT IS SO ORDERED.**

Dated:  April 18, 2022

Hon. Nita L. Stormes
United States Magistrate Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IN RE: CASE MANAGEMENT | MODEL RULE 26(f) REPORT AND JOINT CASE MANAGEMENT STATEMENT |
|---|---|
| | [insert CMC Date and Time] |

  The parties must include the following information in their Rule 26(f) report and joint case management statement.[1]  Except in unusually complex cases the statement should not exceed 10 pages.

  1. **Jurisdiction and Service:** The basis for the court's subject matter jurisdiction over the plaintiff's claims and counterclaims, whether any issues exist regarding personal jurisdiction or venue, whether any parties remain to be served, and, if any parties remain to be served, a proposed deadline for service.

  2. **Facts:** A brief chronology of the facts and a statement of the principal factual issues in dispute.

  3. **Legal Issues:** A brief statement, without extended legal argument, of the disputed points of law, including reference to specific statutes and decisions.

  4. **Motions:** All prior and pending motions, their current status, and any anticipated motions.

---

[1] This Model Report is taken largely from the Standing Order for All Judges of the Northern District of California effective July 1, 2011 (Last Revised November 1, 2014).

5. **Amendment of Pleadings:** The extent to which parties, claims, or defenses are expected to be added or dismissed and a proposed deadline for amending the pleadings.

6. **Evidence Preservation:** A brief report certifying that the parties have met and conferred pursuant to Fed.R.Civ.P. 26(f) regarding reasonable and proportionate steps taken to preserve evidence relevant to the issues reasonably evident in this action.

7. **Disclosures:** Whether there has been full and timely compliance with the initial disclosure requirements of Fed.R.Civ.P. 26, and a description of the disclosures made.

8. **Discovery:** Discovery taken to date, if any, the scope of anticipated discovery, any proposed limitations or modifications of the discovery rules, a brief report on whether the parties have agreed to a proposed Electronic Discovery Order, a proposed Protective Order to govern the exchange of confidential information, a proposed discovery plan pursuant to Rule 26(f), and any identified discovery disputes.

9. **Class Actions:** If a class action, a proposal for how and when the class will be certified.

10. **Related Cases:** Any related cases or proceedings pending before another judge of this court, or before another court or administrative body.

11. **Relief:** All relief sought through complaint or counterclaim, including the amount of any damages sought and a description of the bases on which damages are calculated. In addition, any party from whom damages are sought must describe the bases on which it contends damages should be calculated if liability is established.

12. **Settlement and Mediation:** Prospects for settlement, settlement efforts to date, and whether the parties have been to or are planning to go to private mediation.

13. **Consent to Magistrate Judge for All Purposes:** Whether all parties will consent to have a magistrate judge conduct all further proceedings including trial and entry of judgment.        ____yes  ____ no
If yes, please fill out the attached consent form and lodge it with the district judge.

14. **Other References:** Whether the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. **Narrowing of Issues:** Issues that can be narrowed by agreement or by motion, suggestions to expedite the presentation of evidence at trial (e.g. through summaries or stipulated facts), and any request to bifurcate issues, claims, or defenses.

16. **Scheduling:** Proposed dates for fact discovery cutoff, expert designations and exchange of expert reports, expert discovery cutoff, dispositive motions cutoff, Markman hearing (in patent cases), pretrial conference and trial.

17. **Trial:** Whether the case will be tried to a jury or to the court and the expected length of trial.

18. **Disclosure of Non-party Interested Entities or Persons:** Whether each party has filed the "Notice of Party with Financial Interest" required by Civil Local Rule 40.2.  In addition, each party must restate in the case management statement the contents of its certification by identifying any persons, firms, partnerships, corporations (including parent corporations) or other entities known by the party to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.

19. **Professional Conduct:** Whether all attorneys of record for the parties have reviewed Civil Local Rule 83.4 on Professionalism.

20. **Miscellaneous:** Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter.

Dated:_____

_____
Attorney for Plaintiff(s)

Dated:_____

_____
Attorney for Defendant(s)

|  |  |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF CALIFORNIA** | |
| [Plaintiff],<br><br>     Plaintiff(s)<br><br>v.<br><br>[Defendant],<br><br>     Defendant(s) | Case No.:  [Case Number]<br><br>**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE** |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties ☐ Consent  /  ☐ Do Not Consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed Names* | *Signatures of parties and attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### REFERENCE ORDER

**IT IS ORDERED:** This case is referred to United States Magistrate Judge Nita L. Stormes, to conduct all proceedings and order entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and CivLR 73.1.

| | |
|---|---|
| Date | United States District Judge |