# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH MONTAGUE, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GLOBAL CONNECTIONS TO EMPLOYMENT, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 22-cv-342-MMA (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[Doc. No. 14] |

On June 2, 2022, the parties filed a joint motion to remand. *See* Doc. No. 14. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **REMANDS** this case back to the Superior Court of California, County of San Diego. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: June 10, 2022

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　United States District Judge